**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DONTE DARRELL PARRISH, | : | No. 1:24cv670 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Latella) |
| MIKE MULDROW, *et al.* | : | |
| Defendants | : | |

## ORDER

Before the court is a Report and Recommendation ("R&R") from Magistrate Judge Leo A. Latella regarding two motions to dismiss Plaintiff Donte Darrell Parrish's second amended complaint. (Doc. 68).  Parrish proceeds against Defendants Mike Muldrow, the York city police commissioner, Jennifer Clancy, a state magisterial district court judge, and York County pursuant to 42 U.S.C. § 1983. The R&R addresses Muldrow and Clancy's motions to dismiss and recommends that both motions be granted.  The R&R also recommends that the claims against these defendants be dismissed with prejudice.

Magistrate Judge Latella issued the R&R on May 22, 2026.  Pursuant to the Rules of Court for the Middle District of Pennsylvania, the parties had fourteen (14) days to object.  M.D.Pa. L.R. 72.3.  No objections have been filed and the time for such filing has passed.  In deciding whether to adopt an R&R when no timely objections are filed, the court must determine if a review of the

record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b), 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After review, the court thus finds neither clear error on the face of the record nor a manifest injustice in Magistrate Judge Latella's analysis, and therefore, the court will accept the R&R and adopt it in its entirety. Parrish's claims against Muldrow and Clancy will be dismissed with prejudice, and this matter will be returned to Magistrate Judge Latella to address the motion to dismiss recently filed by York County. (Doc. 71).

It is thus hereby **ORDERED** as follows:

1) The R&R, (Doc. 68), is **ADOPTED**;

2) Defendant Muldrow's motion to dismiss, (Doc. 54), is **GRANTED** and the claims asserted against him are **DISMISSED** with prejudice;

3) Defendant Clancy's motion to dismiss, (Doc. 55), is **GRANTED** and the claims asserted against her are **DISMISSED** with prejudice; and

4) The motion to dismiss filed by Defendant York County, (Doc. 71), is referred to Magistrate Judge Latella for a Report and Recommendation.

2

Date: 6/23/26

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court